UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-21557-CIV-SINGHAL

JOSE LUIS HERNANDEZ RUIZ

Petitioner,

v.

WARDEN, KROME SERVICE PROCESSING CENTER, *et al.*,

Respondents.
_____________________________________/

# ORDER

**THIS CAUSE** is before the Court upon its *sua sponte* review of the docket. Petitioner filed this Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 on March 9, 2026. (DE [1]). The Court subsequently ordered the government to show cause as to the legality of Petitioner's detention, to which the government responded on March 19, 2026. *See* (DE [6]). Petitioner was thereafter ordered to reply to the government's response by April 2, 2026. *See* (DE [7]). Petitioner has failed to comply with that order or otherwise prosecute the case. Because the Court may dismiss an action *sua sponte* for failure to prosecute, *see Link v. Wabash R. Co.*, 370 U.S. 626, 629–30 (1962), and for violation of its orders, *see Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1122 (11th Cir. 2017), it is hereby

**ORDERED AND ADJUDGED** that

1. The Petition (DE [1]) is **DENIED**;
2. The Clerk of Court is directed to **CLOSE** this case, **CANCEL** all hearings and deadlines, and **DENY AS MOOT** any pending motions;

3. Assuming no legal bar, Petitioner may re-file the present claims in a new case under a new case number but must notify the Clerk of Court that the new case is related to this one.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 20th day of October 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF